UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cheri Flynn, Individually and as Parent and Natural Guardian of B.F. and T.F., Minors,<br><br>Plaintiffs,<br><br>v.<br><br>GlaxoSmithKline LLC,<br>Defendant. | CIVIL ACTION NO.<br>2:15-cv-00709-PD<br><br>COMPLAINT<br><br>JURY DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby stipulate that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not yet served an answer or a motion for summary judgment. Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claims.[1]

Dated:  February 17, 2015

**GRANT & EISENHOFER P.A.**

By:     /s/ Thomas V. Ayala
Thomas V. Ayala (PA Bar ID 93130)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100

*Attorneys for Plaintiffs*

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) ("Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .").